**Order entered January 31, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00311-CR

### RONNIE LECHARLES LANDON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 86th Judicial District Court
### Kaufman County, Texas
### Trial Court Cause No. 20-40001-86-F

## ORDER

We **REINSTATE** this appeal.

We abated the appeal to allow the trial court to conduct a hearing because appellant's brief, originally due on September 29, 2021, had not been filed. A supplemental clerk's record has been filed with the trial court's January 27, 2022 findings of fact. We **ADOPT** the trial court's findings that (1) appellant wishes to prosecute this appeal; (2) appellant has not abandoned the appeal; (3) counsel has not abandoned the appeal; and (4) counsel will file a brief within 15 days.

We **ORDER** appellant's brief filed by February 15, 2022.

We **DIRECT** the Clerk to send copies of this order to the Honorable Casey Blair, Presiding Judge, 86th Judicial District Court; to J. Daniel Oliphant; and to the Kaufman County District Attorney's Office, Appellate Division.

/s/    ERIN A. NOWELL
        JUSTICE